DYLAN J. LIDDIARD, State Bar No. 203055
THOMAS J. MARTIN, State Bar No. 150039
LILES H. REPP, State Bar No. 313568
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dliddiard@wsgr.com
Email: tmartin@wsgr.com
Email: lrepp@wsgr.com

Attorneys for Plaintiff
NAKED BIOME

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NAKED BIOME,<br><br>              Plaintiff,<br><br>vs.<br><br>STAYCE HALVERSON (AKA STAYCE BOTTOMS) and RONALD W. BOTTOMS, II,<br><br>              Defendants. | Case No.  4:18-cv-05456-YGR<br><br>[PROPOSED] JUDGMENT<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

The motion of Plaintiff Naked Biome Inc. ("Naked Biome") for default judgment against Defendant Stayce Halverson (aka Stayce Bottoms) ("Defendant"), an individual, was filed on January 18, 2019 (Dkt. No. 27). This Court referred that motion to Magistrate Judge Thomas Hixon for a report and recommendation on January 23, 2019, which was issued (*see* Dkt. 32) and later adopted by this Court on February 25, 2019 (Dkt. No. 35).

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, final default **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff Naked Biome, Inc. and against Defendant Stayce Halverson as follows:

1) Judgment is entered against Defendant on Plaintiff's claims for conversion and breach of fiduciary duty (*see* Dkt. No. 1)

2) Plaintiff shall recover from Defendant the amount of $1,087,180.48 plus post-judgment interest at the legal rate on the entire judgment from the date of the judgment to the date of satisfaction pursuant to 28 U.S.C. § 1961.

The Court further **VACATES** the compliance hearing currently set for March 29, 2019.

**IT IS SO ORDERED.**

Dated: March 26, 2019

_____
The Hon. Yvonne Gonzalez Rogers
United States District Court Judge